ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Jan. 30, 2018  
START: 4:00 pm  
END: 4:50 pm

DOCKET NO: 18 CV 113

CASE: Law Office of Richard Lerner v. Ghedini et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** | **ATTORNEY**
--- | ---
 | Richard Lerner
 | 
 | 

**DEFENDANT** | **ATTORNEY**
--- | ---
Judi Ghedini | Kathleen Daly
 | David Fillem
Jonas Gayer | Paul Hugel

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court grants in limited part only defendant Ghedini's motion to file under seal (DE #6): Only Exhibit A (DE #6-2) to the Declaration of Kathleen Daly may provisionally remain under seal (restricted to case participants), subject to a ruling in the future on the parties' dispute over whether the attorney-client privilege has been waived by Ghedini's termination of plaintiff for cause; the remainder of DE #6 will be publicly filed.

As for plaintiff's Memorandum in Opposition (DE #7), the only portion that Ghedini wants removed from the public

record, as the "Law" portion of the text (after "as follows") on page 11 through the first two lines on page 12. DE #7 will provisionally be sealed (with access restricted to case participants), and a redacted copy will be publicly filed.

Plaintiff is directed to serve his complaint and motion to remand on defendants by noon on February 5, 2018. Counsel will confer in an effort to agree upon provisional redactions from the public record. Plaintiff will publicly file redacted copies by February 7, 2018, along with a motion to file unredacted copies under seal (with access limited to case participants).

Defendants' oppositions to the motion to remand are due by March 9, 2018; plaintiff's reply is due by March 16, 2018. Counsel are directed to follow a similar procedure regarding provisional redactions.